# EXHIBIT 1 TO ORDER

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>START MAN FURNITURE, LLC, *et al.*,[1]<br><br>         Debtors. | Chapter 7<br><br>Case No. 20-10553 (CTG)<br><br>(Jointly Administered) |
| ALFRED T. GIULIANO, in his capacity as Chapter 7 Trustee of Start Man Furniture, LLC, *et al.,*<br><br>         Plaintiff,<br><br>vs.<br><br>SEE ATTACHED EXHIBIT B,<br><br>         Defendants. | Adv. Proc. Nos. SEE ATTACHED EXHIBIT B |

**STIPULATION FOR FURTHER EXTENSION
OF TIME FOR THE DEFENDANTS TO ANSWER THE COMPLAINT**

Plaintiff, Alfred T. Giuliano in his capacity as chapter 7 trustee of Start Man Furniture, LLC, *et al.*, (the "**Plaintiff**"), for the estates of the above-captioned debtors (the "**Debtors**") in the above-captioned cases pending under chapter 7 of title 11 of the United States Code (the "**Bankruptcy Code**"), by and through his undersigned counsel and the defendants listed on **Exhibit B** (collectively, the "**Defendant**," and together with Plaintiff, the "**Parties**"), enter into this *Stipulation for Further Extension of Time for Defendants to Answer the Complaint* (the "**Stipulation**") and hereby stipulate and agree as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC) (9205); SVF Holding Company, Inc. (f/k/a AVF Holding Company, Inc.) (0291); SVCE, LLC (f/k/a AVCE, LLC) (2509); StartVF Holdings I, LLC (f/k/a AVF Holdings I, LLC) (2537); StartVF Holdings II, LLC (f/k/a AVF Holdings II, LLC) (7472); SVF Parent, LLC (f/k/a AVF Parent, LLC) (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (f/k/a Art Van Furniture of Canada, LLC) (9491); SV Sleep Franchising, LLC (f/k/a AV Pure Sleep Franchising, LLC) (8968); SVF Franchising, LLC (f/k/a AVF Franchising, LLC) (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463)

1.      The Parties agree and stipulate that the time within which the Defendant may answer the *Complaint* [D.I. 1] in the adversary proceedings listed in **Exhibit B** is hereby further extended to and including August 1, 2022.

2.      Except as specifically set forth herein, the Parties reserve all of their respective rights in this matter.

Dated:  June 28, 2022

PACHULSKI STANG ZIEHL & JONES LLP

/s/ Peter J. Keane
Bradford J. Sandler (DE Bar No. 4142)
Andrew W. Caine (CA Bar No. 110345)
Jeffrey P. Nolan (CA Bar No. 158923)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email: bsandler@pszjlaw.com
            acaine@pszjlaw.com
            jnolan@pszjlaw.com
            pkeane@pszjlaw.com

*Counsel to Plaintiff Alfred T. Giuliano,*
*Chapter 7 Trustee for the Estates of Start Man*
*Furniture, LLC, et al.*

Dated:  June 28, 2022

THOMPSON COBURN HAHN & HESSEN LLP

/s/ Joseph Orbach
Mark S. Indelicato (NY Bar No. 2043685)
Joseph Orbach (NY Bar No. 4553558)
488 Madison Avenue
New York, NY  10022
Telephone: 212.478.7396
Email:  MIndelicato@hahnhessen.com
            JOrbach@hahnhessen.com

*Counsel to Defendants Jonathan Louis*
*International Ltd.; Coast to Coast Imports LLC;*
*Elements International Group, LLC; Jackson*
*Furniture Industries, Inc.; Life Style Enterprise,*
*Inc.; LFN Services, Inc.; Klaussner Furniture*
*Industries, Inc.; Sunny Designs, Inc.; First-*
*Citizens Bank & Trust Company d/b/a The CIT*
*Group*

Dated:  June 28, 2022

LOWENSTEIN SANDLER LLP

/s/ Eric Chafetz
Bruce Nathan
Eric Chafetz
Keara Waldron

Telephone: 646-414-6886
Email: EChafetz@lowenstein.com

*Counsel to Defendant  Hooker Furnishings*

2

*Corporation f/k/a Hooker Furniture
Corporation f/k/a Homer Meridian
International Inc. d/b/a Samuel Lawrence
Furniture*

Dated:  June 28, 2022

BAYARD, P.A.

*/s/ Danielle Mashburn-Myrick*
Evan Miller
600 N. King Street, Suite 400
Wilmington, DE 19801
emiller@bayardlaw.com

and

Danielle Mashburn-Myrick
Phelps Dunbar LLP
101 Dauphin Street, Suite 1000
P.O. Box 2727
Mobile, AL 36652
danielle.mashburn-myrick@phelps.com

*Counsel to Franklin Corp.*

3